1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERBERT JOHN DERUNGS, | ) | Case No. CV 11-10004 DOC (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| ARCOLA WASHINGTON ADDUCI, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 7, 2012

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE